

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00050-CV

| | | |
|---|---|---|
| CREEKSIDE RANCH GROUP, LLC, Appellant | § | On Appeal from the 271st District Court |
| v. | § | of Jack County (20-11-111) |
| JAMES BERTRAM BLAIR AND ROBERT BLAIR, AS INDEPENDENT CO-EXECUTORS OF THE ESTATE OF MARY ADALINE LOVING BLAIR; LARRY HOLLINGSWORTH; CAROL BLAIR; KRAMER RESOURCES, LLC; THE ALLAR COMPANY; AND BRAZOS TITLE, LLC, Appellees | § | February 20, 2025 |
| | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part:

- We remand Creekside Ranch Group, LLC's fraud claim against the Estate of Mary Adaline Loving Blair for a new trial.

- We reverse the attorney's fee award to Estate of Mary Adaline Loving Blair, including fees on appeal, and remand that claim.

- We reverse the attorney's fee award to Kramer Resources, LLC and The Allar Company, including fees on appeal, and remand that claim.

- We reverse the attorney's fee award to Carol Blair and render she take nothing, and because this award was included with the fee award to Larry Hollingsworth, we remand his award of attorney's fees, including fees on appeal.

- We affirm the award of attorney's fees to Escrow Agent but reverse its recovery of expert-witness fees and remand that issue to the trial court for further proceedings consistent with this opinion.

It is further ordered that each party shall bear its own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
       Justice Dabney Bassel